### HOLLAND *v.* THE STATE.

ATKINSON, Presiding Justice. 1. A ground of a motion for new trial, that "The court (without any request) failed to charge on the law of voluntary and/or involuntary manslaughter," is too vague and indefinite to present any question for determination by this court. *Smith* v. *State,* 125 *Ga.* 300 (54 S. E. 124); *Spence* v. *Morrow,* 128 *Ga.* 722 (58 S. E. 356); *Drane* v. *State,* 147 *Ga.* 212 (93 S. E. 217); *Wilson* v. *State,* 156 *Ga.* 42 (118 S. E. 427); *Burley* v. *State,* 158 *Ga.* 849 (3) (124 S. E. 532); *Harris* v. *State,* 178 *Ga.* 746 (3) (174 S. E. 240); *Parham* v. *State,* 180 *Ga.* 233 (2) (178 S. E. 648); *Bryant* v. *State,* 180 *Ga.* 238 (178 S. E. 651).

2. It was not error to charge the jury that voluntary drunkenness is no excuse in law for a crime committed by a person so affected. *Haden* v. *State,* 176 *Ga.* 304 (168 S. E. 272); *Overby* v. *State,* 183 *Ga.* 353 (188 S. E. 520); *Allen* v. *State,* 187 *Ga.* 178 (200 S. E. 109).

3. The evidence was sufficient to support the verdict; and the same having received the approval of the trial judge, his judgment refusing a new trial will be affirmed. *Judgment affirmed. All the Justices concur.*

No. 13530. FEBRUARY 14, 1941.

*Eldon Haldane* and *Roland Melody*, for plaintiff in error.

*Ellis G. Arnall*, attorney-general, *John A. Boykin*, solicitor-general, *Quincy O. Arnold, J. W. LeCraw, Duke Davis* and *E. J. Clower*, assistant attorneys-general, contra.